# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## BALTIMORE DIVISION

Kathleen Williams,

                Plaintiff,

v.

Windsor Group; and DOES 1-10, inclusive,

                Defendant.

Civil Action No.: 1:10-cv-01429-CCB

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Windsor Group without prejudice and without costs to any party.

Kathleen Williams

  /s/ Forrest E. Mays

Forrest E. Mays (Bar No. 07510)
1783 Forest Drive, Suite 109
Annapolis, MD 21401
Telephone: (410) 267-6297
Fascimile: (410) 267-6234
Email: mayslaw@mac.com
Attorney for Plaintiff

Windsor Group

  /s/ Robert John Reagan

Robert John Reagan
Reagan and McLain
6060 N Central Expwy Ste 690
Dallas, TX 7520
Telephone: (214) 691-6622
Fax: (214) 691-2984
Email: bob@reaganmclain.com
Attorney for Defendant

SO ORDERED

*[signature] 1/24/11*